Marc D. Haefner
Patrick S. Salamea
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Ph:     973-757-1100

*Counsel for Plaintiff,*
*SPR Global Oil & Commodities DMCC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPR Global Oil & Commodities DMCC,<br><br>                    Plaintiff,<br><br>          v.<br><br>M/V SW SOUTH WIND I (IMO No. 9478626), her engines, freights, apparel, appurtenances, tackle, etc., *in rem*,<br><br>                    Defendant. | Civil Action No.<br><br>**IN ADMIRALTY**<br><br>**PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**<br><br><br>*Filed Electronically* |

Plaintiff SPR Global Oil & Commodities DMCC states that no publicly held corporation owns 10% or more of its stock.


Dated: October 30, 2025                    WALSH PIZZI O'REILLY FALANGA LLP


                                             /s/ Marc D. Haefner
                                            Marc D. Haefner
                                            Patrick S. Salamea
                                            Three Gateway Center
                                            100 Mulberry Street, 15th Floor
                                            Newark, New Jersey 07102

                                            *Counsel for Plaintiff SPR Global Oil &*
                                            *Commodities DMCC*

- 2 -

OF COUNSEL:
J. Stephen Simms (*pro hac vice* forthcoming)
Gary C. Murphy (*pro hac vice* forthcoming)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Ph:   410-783-5795