UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPR Global Oil & Commodities DMCC,<br><br>Plaintiff,<br><br>v.<br><br>M/V SW SOUTH WIND I (IMO No. 9478626), her engines, freights, apparel, appurtenances, tackle, etc., *in rem*,<br><br>Defendant. | Civil Action No. 25-17072<br><br>**IN ADMIRALTY**<br><br>*Filed Electronically* |

## ORDER ALLOWING THE VESSEL TO MOVE WITHIN PORT

Considering the foregoing Motion, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that while the M/V SW SOUTH WIND I is seized pursuant to a warrant of arrest, that it be allowed to use its engines and other equipment and to shift and to proceed to anchorage and to berth, to load and unload cargo, undergo repairs, and conduct its usual operations (all of which at Owners/Charterers risk and expense), and all within the District and within the jurisdiction of this Honorable Court.

Plaintiff agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising out of the movement of the vessel.

SIGNED in _____, New Jersey this ____ day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE