Marc D. Haefner
Patrick S. Salamea
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Ph:     973-757-1100

*Counsel for Plaintiff,*
*SPR Global Oil & Commodities DMCC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SPR Global Oil & Commodities DMCC,<br><br>Plaintiff,<br><br>v.<br><br>M/V SW SOUTH WIND I (IMO No. 9478626), her engines, freights, apparel, appurtenances, tackle, etc., *in rem*,<br><br>Defendant. | Civil Action No. 25-17072<br><br>**IN ADMIRALTY**<br><br>*Filed Electronically* |

**WARRANT OF ARREST**

TO:     U.S. Marshal of the District of New Jersey, or to his lawful Deputy

You are hereby commanded to seize, and take into your possession and hold, subject to the orders of this Court, the following property, to wit: M/V SW SOUTH WIND I (IMO No. 9478626), her engines, freights, apparel, appurtenances, tackle, etc., which is or shortly will be present in the District of New Jersey at _____.

YOU ARE HEREBY further commanded to serve a copy of the Verified Complaint, the Order for Maritime Arrest and this Warrant on the person in possession of the vessel or his agents, and promptly return your writ.

Dated this ___ day of October, 2025.

                                        Melissa E. Rhoads, Esq. – Clerk of the Court

                                        By:_____
                                            Deputy Clerk