Marc D. Haefner
Patrick S. Salamea
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Ph:    973-757-1100

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SPR GLOBAL OIL & COMMODITIES DMCC, <br><br> Plaintiff, <br><br> v. <br><br> M/V SW SOUTH WIND I (IMO No. 9478626), her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, <br><br> Defendant. | Civil Action No. 2:25-cv-17072 (KSH)(CF) <br><br> **IN ADMIRALTY** <br><br><br> **NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF J. STEPHEN SIMMS AND GARY C. MURPHY** <br><br> *Filed Electronically* |

**PLEASE TAKE NOTICE** that as soon as counsel can be heard, the undersigned counsel for Plaintiff SPR Global Oil & Commodities DMCC, shall move before the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102, pursuant to L. Civ. R. 101.1, for the *pro hac vice* admission of J. Stephen Simms and Gary C. Murphy, to assist with the representation of Plaintiff SPR Global Oil & Commodities DMCC in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiff submits herewith the Certifications of J. Stephen Simms and Gary C. Murphy, along with the supporting Certification of Marc D. Haefner.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

WALSH PIZZI O'REILLY FALANGA LLP

Dated: November 6, 2025                    */s/ Marc D. Haefner*
                                            Marc D. Haefner