Marc D. Haefner
Patrick S. Salamea
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Ph:    973-757-1100

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| SPR GLOBAL OIL & COMMODITIES DMCC, <br><br> Plaintiff, <br><br> v. <br><br> M/V SW SOUTH WIND I (IMO No. 9478626), her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, <br><br> Defendant. | Civil Action No. 2:25-cv-17072 (KSH)(CF) <br><br> **IN ADMIRALTY** <br><br> **CERTIFICATION OF** <br> **J. STEPHEN SIMMS IN SUPPORT OF** <br> ***PRO HAC VICE* ADMISSION** <br><br> *Filed Electronically* |

I, J. Stephen Simms, of full age, hereby certify and state:

1.    I am an attorney-at-law admitted to the Bar of the State of Maryland. I am a principal at the firm Simms Showers LLP, attorneys for Plaintiff, SPR Global Oil & Commodities DMCC in the above-captioned matter. I make this Certification in support of the application for my admission as counsel *pro hac vice* in this matter.

2.    I was admitted to the Bar of the State of Maryland in 1985 and am a member in good standing.

3.    The names and addresses of the official or office maintaining the roll of the members of the Bars and dates of admissions are as follows:

| | | |
|---|---|---|
| U.S. Supreme Court | 10/21/02 | Clerk, 1 First St NE, Washington, DC 20543 |
| U.S. Court of Federal Claims | 11/22/06 | Clerk, 717 Madison Pl NW, Washington, DC 20439 |
| U.S. Court of International Trade | 01/19/84 | Clerk, 1 Federal Plaza, New York, NY 10278-0001 |
| U.S. District Court - District of Columbia | 09/14/92 | Clerk, 333 Constitution Ave NW #4400, Washington, DC |
| U.S. District Court - Maryland | 08/16/85 | Clerk, 101 W. Lombard Street, Baltimore, Maryland 21201 |
| U.S. District Court - Northern Illinois | 12/21/83 | Clerk, 219 S Dearborn St, Chicago, IL 60604 |
| U.S. Court of Appeals - 3rd Circuit | 10/02/85 | Clerk, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106 |
| U.S. Court of Appeals - 4th Circuit | 10/18/85 | Clerk, Lewis F. Powell Jr. Courthouse & Annex, 1100 East Main Street, Suite 501, Richmond, VA 23219 |
| U.S. Court of Appeals - 5th Circuit | 07/18/02 | Clerk, 600 S. Maestri Place, New Orleans, LA 70130 |
| U.S. Court of Appeals - 7th Circuit | 12/30/83 | Clerk, Room 2722, 219 S. Dearborn Street, Chicago, IL 60604 |
| U.S. Court of Appeals - 9th Circuit | 11/30/05 | Clerk, 95 7th Street, San Francisco, CA 94103 |
| U.S. Court of Appeals - 11th Circuit | 05/14/18 | Clerk, Court of Appeals Administrative Offices, 56 Forsythe St., N.W, Atlanta, GA 30303 |
| D.C. Court of Appeals | 09/18/84 | Clerk, 430 E St NW, Washington, DC 20001 |
| US Court of Appeals - DC Circuit | 2/15/2012 | Clerk, 333 Constitution Avenue, NW, Washington, DC 20001 |
| Illinois Supreme Court (inactive) | 11/09/83 | Clerk, Supreme Court Building, 200 East Capitol, Springfield, Illinois 62701-1721 |
| Maryland Court of Appeals | 12/20/85 | Clerk, 361 Rowe Blvd, Annapolis, MD 21401 |

4.     No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has been imposed on me in any jurisdiction. I agree to notify this Court immediately of any matter affecting my standing at the bar of any court to which I am admitted to practice.

5.     If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates

fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial, and any other proceedings.

6.    If admitted *pro hac vice*, I will not file any pleadings, briefs, and other papers with the Court or sign any such papers, but rather will have all such papers signed and filed by co-counsel at Walsh Pizzi O'Reilly Falanga LLP who are authorized to practice law in the state of New Jersey.

7.    If admitted *pro hac vice*, I understand that an attorney from Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey will make all court appearances unless otherwise excused by the Court.

8.    If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

9.    I further agree to abide by Local Civil Rule 101.1(c) and to submit to the jurisdiction of this Court for any discipline relating to my *pro hac vice* participation in this matter.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 6, 2025

_____

J. Stephen Simms