Marc D. Haefner
Patrick S. Salamea
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Ph:     973-757-1100

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPR Global Oil & Commodities DMCC,<br><br>Plaintiff,<br><br>v.<br><br>M/V SW SOUTH WIND I (IMO No. 9478626), her engines, freights, apparel, appurtenances, tackle, etc., *in rem*,<br><br>Defendant. | Civil Action No. 2:25-cv-17072 (KSH)(CF)<br><br>**IN ADMIRALTY**<br><br>**NOTICE OF MOTION FOR** *PRO HAC VICE* **ADMISSIONS OF J. STEPHEN SIMMS AND GARY C. MURPHY**<br><br>*Filed Electronically* |

I, Marc D. Haefner, hereby certify and state:

1.      I am an attorney-at-law of the State of New Jersey, and a partner of the law firm Walsh Pizzi O'Reilly Falanga LLP, attorneys for Plaintiff SPR Global Oil & Commodities DMCC, LLC in the above-captioned matter.  I am a member in good standing of the bar of this Court.

2.      I submit this certification in support of Plaintiff's motion for the *pro hac vice* admissions of J. Stephen Simms and Gary C. Murphy of the law firm Simms Showers LLP on behalf of Plaintiff in this matter pursuant to Local Civil Rule 101.1(c).

3.    J. Stephen Simms and Gary C. Murphy are in good standing of the Bars to which they are admitted, and their qualifications are set forth in the Certifications of J. Stephen Simms and Gary C. Murphy being filed simultaneously with this application.

4.    I am confident that J. Stephen Simms and Gary C. Murphy are fully conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and they have advised me that they will abide by those Rules including Local Civil Rule 101.1(c). I have agreed to work with the firm Simms Showers LLP in this matter.

5.    I agree to be held responsible for the filing of all pleadings, briefs, and other papers filed with the Court and to have such papers signed by me or another attorney with Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey.  I further agree to be held responsible for the conduct of my specially-admitted colleagues, J. Stephen Simms and Gary C. Murphy, and will ensure they comply with Local Civil Rule 101.1(c) should this application be granted.

6.    I further agree that I, or another attorney with Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey, will continue to make all court appearances unless otherwise excused by the Court.

7.    For the foregoing reasons, it is respectfully requested that the Court enter an Order admitting J. Stephen Simms and Gary C. Murphy to practice *pro hac vice* before this Court for all further proceedings in this case.

I hereby certify that the foregoing statements made by me are true and correct.

WALSH PIZZI O'REILLY FALANGA LLP


 */s/ Marc D. Haefner*
Marc D. Haefner

Dated: November 6, 2025

- 2 -