Marc D. Haefner
Patrick S. Salamea
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Ph:      973-757-1100

*Counsel for Plaintiff,*
*SPR Global Oil & Commodities DMCC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPR GLOBAL OIL & COMMODITIES DMCC,<br><br>Plaintiff,<br><br>v.<br><br>M/V SW SOUTH WIND I (IMO No. 9478626), her engines, freights, apparel, appurtenances, tackle, etc., *in rem*,<br><br>Defendant. | Civil Action No. 2:25-17072 (KSH)(CF)<br><br>**IN ADMIRALTY**<br><br>*Filed Electronically* |

### NOTICE AND AUTHORIZATION OF RELEASE OF VESSEL
### FROM ARREST ON PROVISION OF SECURITY

**PLEASE TAKE NOTICE** that upon provision pursuant to Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions E(5) of security on behalf of the Claimant to the M/V SW SOUTH WIND I (IMO No. 9478626), her engines, freights, apparel, appurtenances, tackle, etc., *in rem* (herein, the Vessel), pursuant to this Court's Order (DE No. 4), the Vessel is hereby released from seizure without the necessity of further orders of this Court.

**PLEASE TAKE FURTHER NOTICE** that J. Stephen Simms, lead counsel for Plaintiff, who requested the attachment and garnishment, has conferred attorneys for

Defendant, M/V SW SOUTH WIND I (IMO No. 9478626), to the litigation, including attorneys for any foreseeable intervenors, and they consent to the request for the release, and through counsel for Claimant has given to the Substitute Custodian, the Master of the Vessel, this written Notice to release the Vessel from arrest.

**PLEASE TAKE FURTHER NOTICE** that the Court has not entered any subsequent orders modifying this arrangement for the release of the Vessel pursuant to this Notice.

Dated: November 7, 2025

WALSH PIZZI O'REILLY FALANGA LLP

 /s/ Marc D. Haefner
Marc D. Haefner
Patrick S. Salamea
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102

*Counsel for Plaintiff SPR Global Oil & Commodities DMCC*

OF COUNSEL:

_____
J. Stephen Simms (*pro hac vice* pending)
Gary C. Murphy (*pro hac vice* pending)
SIMMS SHOWERS LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Ph:  410-783-5795