UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------
SPR GLOBAL OIL & COMMODITIES DMCC,

    Plaintiff,

v.

M/V SW SOUTH WIND I (IMO No. 9478626),
her engines, freights, apparel, appurtenances,
tackle, etc., *in rem*,

    Defendant.
-----------------------------------------------------------

2:25-CV-17072 (KSH) (CF)

IN ADMIRALTY

**NOVEMBER 13, 2025**

## **RESTRICTED APPEARANCE OF VESSEL OWNER**

Pursuant to Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, SW South Wind Shipping, LLC ("South Wind" or "Owner"), as Claimant to the *in rem* Defendant vessel M/V SW SOUTH WIND I, by and through undersigned counsel, hereby enters a restricted appearance in this matter for the sole purpose of defending against the *in rem* claim made against the M/V SW SOUTH WIND I without appearing generally for the purposes of any other claim.

This restricted appearance is made with a full reservation and preservation of any and all rights, defenses (including but not limited to jurisdictional defenses), remedies and limitations available to the M/V SW SOUTH WIND I.

Dated: November 13, 2025
      Southport, CT

                                      Attorneys for the Defendant,
                                      SW South Wind Shipping, LLC,

                                      _____/s/ *Timothy J. Nast*
                                      Timothy J. Nast
                                      Thomas L. Tisdale (*pro hac vice forthcoming*)
                                      Tisdale & Nast Law Offices, LLC
                                      10 Spruce Street
                                      Southport, CT 06890
                                      Tel:    203-254-8474
                                      *ttisdale@tisdale-law.com*
                                      *tnast@tisdale-law.com*

## VERIFICATION

Timothy J. Nast, states as follows,

1. I am a member of the law firm of Tisdale & Nast Law Offices. LLC.

2. My firm represents the Defendant *in rem* M/V SW SOUTH WIND I with respect to the arrest warrant issued by this Honorable Court.

3. I have been informed based on my review of correspondence and documentation provided to me that SW South Wind Shipping, LLC is the Owner of the M/V SW SOUTH WIND I and therefore has an interest in these proceedings.

4. The reason that I make this Verification is that SW South Wind Shipping, LLC does not have an office in this District.

I, Timothy J. Nast, declare that the foregoing is true and correct under penalty of perjury.

Dated: November 13, 2025
Southport, CT

_____
Timothy J. Nast