DNJ-CMECF-002 (Rev. 6/2025)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPR Global Oil & Commodities DMCC <br><br> Plaintiff(s), <br><br> v. <br><br> M/V SW SOUTH WIND I in rem (restricted appearance) <br><br> Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** <br><br> Civil Action No. 2:25;cv;17072(KSH)(CF) |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Thomas L. Tisdale

Firm: Tisdale & Nast Law Offices, LLC

Address: 10 Spruce Street

Southport CT 06890

Email: ttisdale@tisdale-law.com

Phone: 203-254-8474

Admitted on behalf of: Defendant